UNITED STATES BANKRUPTCY COURT
WESTERN DISTRIC OF NEW YORK

In re:                                              CHAPTER 11

    ACME HOLDINGS OF N.Y., INC.           BK No.: 20-10204

                    Debtor.

## ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER

Pursuant to 11 U.S.C. §327(a), it is ORDERED that the employment of Robert Roller and WNY Commercial Real Estate Services LLC dba/CBRE-Buffalo, to serve as exclusive real estate broker for ACME HOLDINGS OF N.Y., INC., as debtor-in-possession and the estate is approved, and it is

ORDERED that compensation for the employment approved by this Order is subject to Bankruptcy Court approval, pursuant to 11 U.S.C. §330 and §331.

Dated: October 26, 2020
       Buffalo, New York

                                      HON. CARL L. BUCKI
                                      U.S. BANKRUPTCY JUDGE



FILED OCT 26 2020 BANKRUPTCY COURT BUFFALO, NY