UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Acme Holdings of N.Y., Inc.
      dba Dibble Family Center

Case No.: 1−20−10204−CLB
Chapter: 11

Tax ID: 20−5102353

Debtor(s)

David H. Ealy
Cristo Law Group LLC dba Trevett Cristo
2 State Street, Suite 1000
Rochester, NY 14614

RE: Directing Service of Order

    An Order Conditionally Approving the Disclosure Statement and Notice of the Hearing on Confirmation of the Plan was entered in the above case on November 4, 2020, and electronically served upon the e−filing parties in this case. The plan proponent is hereby directed, pursuant to Local Bankruptcy Rule 2002−1(C.), to serve this Order on all parties and creditors, together with the following documents: (1) a copy of the Disclosure Statement; (2) a copy of the proposed Plan in this case; and (3) a ballot as soon as possible pursuant to Local Bankruptcy Rule 2002−1(C.). Service must be made as soon as possible to ensure that parties receive not less than 28 days' notice of the last date to file objections to confirmation.

    A sample ballot may be obtained from the Court's website at www.nywb.uscourts.gov located under the heading: Forms > New York Western Procedural Forms > Ballot for Accepting or Rejecting Plan of Reorganization.

    A mailing matrix may be obtained from the Court's Electronic Filing System by selecting Utilities > Miscellaneous > Mailings.

    A certificate of service must be filed with the Court when service is made. A sample certificate of service form may be obtained from the Court's website at www.nywb.uscourts.gov under the heading: Forms > New York Western Procedural Forms > Certificate of Service.

Date: November 4, 2020

Lisa Bertino Beaser
Clerk of Court

Form srv11smb/Doc 94
www.nywb.uscourts.gov