UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Acme Holdings of N.Y., Inc.
    dba Dibble Family Center

                Debtor(s)

Case No.: 1–20–10204–CLB
Chapter: 11

Tax ID: 20–5102353

## NOTICE THAT HEARING WILL BE HELD TELEPHONICALLY ONLY

PLEASE TAKE NOTICE that the hearing on the **Order Approving Disclosure Statement and Setting Hearing on Confirmation of the Plan** to be held on **December 14, 2020 at 2:00 p.m.** will be held by **TELEPHONIC APPEARANCE ONLY.** To access the Telephone Conference System, parties should dial **571–353–2300**. When prompted for the "Number You Wish to Dial," enter: **066128168#**. When prompted for the "Security Pin," enter: **9999#**.

Telephone appearances are required pursuant to an Administrative Order or Case Management Order of the Bankruptcy Court. The Administrative Order, Case Management Order, and other information regarding Court operations during the COVID–19 pandemic can be found on the Court's website at https://www.nywb.uscourts.gov

Date: November 4, 2020

Lisa Bertino Beaser
Clerk of Court

*In the event of severe weather or other emergency situations, please call (716) 362–3200 (Buffalo) after 7:00 a.m. EST or visit www.nywb.uscourts.gov for updated court closing information.*

Form teleBuff/Doc 95
www.nywb.uscourts.gov